UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTRANE LARSHAN PEARSON,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>DAVE BAUGHMAN,<br><br>　　　　　Respondent. | Case No. CV 18-5065 CJC(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition") and all of the records herein, including the July 16, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied and this action is dismissed with prejudice because petitioner's claims are barred by the statute of limitations, and that Judgment be entered accordingly.

///

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and any counsel for respondent.

      IT IS SO ORDERED.

DATED: August 9, 2018

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE