JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTRANE LARSHAN PEARSON, | Case No. CV 18-5065 CJC(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVE BAUGHMAN, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice because petitioner's claims are barred by the statute of limitations.

IT IS SO ADJUDGED.

DATED: August 9, 2018

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE